IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SynQor, Inc.<br><br>                 Plaintiff,<br><br>   v.<br><br>Cisco Systems, Inc.<br><br>                Defendant. | Civil Action No. 2:13-CV-232-JRG<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), SynQor, Inc. ("SynQor") and Cisco Systems Inc. ("Cisco") hereby stipulate to the dismissal with prejudice of all claims and counterclaims brought by SynQor in this action and hereby stipulate to dismissal without prejudice of all claims and counterclaims brought by Cisco in this action, with all rights of appeal in this action waived.

Respectfully submitted,

Dated: December 4, 2013

| SYNQOR, INC.<br>By its attorneys, | CISCO SYSTEMS, INC.<br>By its attorneys, |
|---|---|
| */s/Thomas D. Rein* | */s/Kurt M. Pankratz (with permission by David T. DeZern)* |
| **SIDLEY AUSTIN LLP** | **BAKER BOTTS, LLP** |
| **Thomas D. Rein** *Pro Hac Vice*<br>Lead Attorney<br>trein@sidley.com<br>**Stephanie P. Koh** *Pro Hac Vice*<br>skoh@sidley.com<br>**Bryan C. Mulder** *Pro Hac Vice*<br>bmulder@sidley.com<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone:    312.853.7000<br>Facsimile:    312.853.7036 | **Douglas M. Kubehl**<br>Texas Bar No. 00796909<br>Email: doug.kubehl@bakerbotts.com<br>**Kurt M. Pankratz**<br>Texas Bar No. 24013291<br>Email: kurt.pankratz@bakerbotts.com<br>**Christa J. Brown-Sanford**<br>Texas Bar No. 24045574<br>Email:  christa.sanford@bakerbotts.com<br>**Roshan S. Mansinghani**<br>Texas Bar No. 24057026<br>Email: roshan.mansinghani@bakerbotts.com |
| **Michael D. Hatcher**<br>Texas State Bar No. 24027067<br>mhatcher@sidley.com<br>**David T. DeZern**<br>Texas State Bar No. 24059677<br>ddezern@sidley.com<br>Sidley Austin LLP<br>717 North Harwood, Suite 3400<br>Dallas, TX 75201<br>Telephone:    214.981.3300<br>Facsimile:    214.981.3400 | **Louis W. Tompros**<br>Admitted *pro hac vice*<br>Email:  louis.tompros@wilmerhale.com<br>**William F. Lee**<br>Admitted *pro hac vice*<br>Email: william.lee@wilmerhale.com<br>**Andrea Pacelli**<br>Admitted *pro hac vice*<br>Email:  andrea.pacelli@wilmerhale.com<br>**Andrew J. Danford**<br>Admitted *pro hac vice*<br>Email:   andrew.danford@wilmerhale.com<br>**Dana O. Burwell**<br>Admitted *pro hac vice*<br>Email:  dana.burwell@wilmerhale.com<br>**Jonathan Uffelman**<br>Admitted *pro hac vice*<br>Email:  jonathan.uffelman@wilmerhale.com<br>**Rachel L. Weiner**<br>Admitted *pro hac vice*<br>Email:  rachel.weiner@wilmerhale.com |

**Richard A. Goldenberg**
Admitted *pro hac vice*
Email:  richard.goldenberg@wilmerhale.com

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
60 State Street
Boston, Massachusetts  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Michael E. Jones
Texas Bar No. 10929400
Email:  mikejones@potterminton.com

**POTTER MINTON**
A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, Texas   75702
Telephone:  (903) 597-8311
Facsimile:  (903) 593-0846

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this Stipulation of Dismissal is being served via the Court's CM/ECF system on December 4, 2013, on all counsel of record who are deemed to have consented to electronic service per Local Rule CV-5(a)(3).

                                               */s/ David T. DeZern*
                                               David T. DeZern